No. ——. FUKUMOTO *v.* UNITED STATES. C. A. 9th Cir. Application for bail pending appeal presented to MR. JUSTICE BLACK, and by him referred to the Court, denied.

No. 138. POWELL ET AL. *v.* McCORMACK, SPEAKER OF THE HOUSE OF REPRESENTATIVES, ET AL. C. A. D. C. Cir. Motion of George Meader for leave to file a brief, as *amicus curiae,* granted. *George Meader, pro se,* on the motion. [For earlier orders herein, see, *e. g., ante,* p. 1060.]

No. 413. NORTH CAROLINA ET AL. *v.* PEARCE. C. A. 4th Cir. [Certiorari granted, *ante,* p. 922] ; and

No. 418. SIMPSON, WARDEN *v.* RICE. C. A. 5th Cir. [Certiorari granted, *ante,* p. 932.] Motion of American Civil Liberties Union et al. for leave to file a brief, as *amici curiae,* granted. *William W. Van Alstyne* and *Melvin L. Wulf* on the motion.

No. 463. NATIONAL LABOR RELATIONS BOARD *v.* WYMAN-GORDON Co. C. A. 1st Cir. [Certiorari granted, *ante,* p. 932.] Motion of respondent to postpone oral argument denied. *Quentin O. Young* on the motion. *Solicitor General Griswold* for petitioner in opposition.

No. 580. SAMUELS ET AL. *v.* MACKELL, DISTRICT ATTORNEY OF QUEENS COUNTY, ET AL.; and

No. 813. FERNANDEZ *v.* MACKELL, DISTRICT ATTORNEY OF QUEENS COUNTY, ET AL. Appeals from D. C. S. D. N. Y. [Probable jurisdiction noted, *ante,* p. 975.] Motion of appellee Mackell to require certification of additional record denied. *Thomas J. Mackell, pro se,* on the motion. *Victor Rabinowitz* for appellants in No. 580 in opposition.